IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

TRAYVIS OHARA,

        Appellant,

v.                                                       Case No.  5D22-1547
                                                         LT Case No. 2006-CF-12040-A-O

STATE OF FLORIDA,

        Appellee.

_____/

Decision filed August 30, 2022

3.800 Appeal from the Circuit Court
for Orange County,
Wayne C. Wooten, Judge.

Trayvis Ohara, Avon Park, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Rebecca Rock
McGuigan, Assistant Attorney
General, Daytona Beach, for Appellee.


PER CURIAM.

      AFFIRMED.



COHEN, SASSO and WOZNIAK, JJ., concur.